IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
JUL 11 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR172-WHA |
| | ) | [18 USC 922(g)(1); |
| BOBBY JOE SALES | ) | 18 USC 922(g)(3)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about September 21, 2005, in Pike County, Alabama, in the Middle District of Alabama, the defendant

BOBBY JOE SALES,

having been previously convicted in a court, of a crime punishable by imprisonment for a term in excess of one year, to-wit: Theft of Property Second Degree, Burglary Third Degree in the Circuit Court of Montgomery County, Alabama (CC 98-475); Unlawful Receipt of a Controlled Substance in the Circuit Court of Montgomery County, Alabama (CC 91-2548); Unlawful Receipt of a Controlled Substance in the Circuit Court of Montgomery County, Alabama (CC 91-2549); and Unlawful Receipt of a Controlled Substance in the Circuit Court of Montgomery County, Alabama (CC 91-2550), knowingly possessed a firearm, in and affecting commerce, that is a Rossi, Model M68, .38 caliber revolver, serial number D968735, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about May 18, 2006, in Pike County, Alabama, in the Middle District of Alabama, the defendant

BOBBY JOE SALES,

having been previously convicted in a court, of a crime punishable by imprisonment for a term in excess of one year, to-wit: Theft of Property Second Degree and Burglary Third Degree in the Circuit Court of Montgomery County, Alabama (CC 98-475); Unlawful Receipt of a Controlled Substance in the Circuit Court of Montgomery County, Alabama (CC 91-2548); Unlawful Receipt of a Controlled Substance in the Circuit Court of Montgomery County, Alabama (CC 91-2549); and Unlawful Receipt of a Controlled Substance in the Circuit Court of Montgomery County, Alabama (CC 91-2550), knowingly possessed a firearm, that is a HIPOINT, Model JHP, .45 caliber handgun, serial number X4404412 and ammunition, in and affecting commerce in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 3

On or about May 18, 2006, in Pike County, Alabama, in the Middle District of Alabama, the defendant

BOBBY JOE SALES,

knowingly and willfully possessed a firearm, that is, a HIPOINT, Model JHP, .45 caliber handgun, serial number X4404412 and ammunition, while being an unlawful user of and addicted to a controlled substance, in violation of Title 18, United States Code, Section 922(g)(3).

## FORFEITURE ALLEGATION

A.   Counts 1 and 2 of this indictment are hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 and Count 2 of this indictment, the defendant shall forfeit to the United States,

pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

> A Rossi, Model M68, .38 caliber revolver, serial number D968735 Colt, Rimless, smokeless, .32 caliber handgun, serial number 125765 and a HIPOINT, Model JHP, .45 caliber handgun, serial number X4404412 and ammunition.

C.   If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

>   (1)   cannot be located upon the exercise of due diligence;
>
>   (2)   has been transferred, sold to, or deposited with a third person;
>
>   (3)   has been placed beyond the jurisdiction of the court;
>
>   (4)   has been substantially diminished in value; or,
>
>   (5)   has been commingled with other property which cannot be divided without

difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described in paragraph B above, all in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

*Janice Davis Williams*
Foreperson

*John T. Harmon*
John T. Harmon
Assistant United States Attorney

*Susan R. Redmond*
Susan R. Redmond
Assistant United States Attorney