AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

Bobby Joe Sales  
Troy City Jail  
Troy, AL

**WARRANT FOR ARREST**

Case Number: 2:06cr172-WHA

To: The United States Marshal  
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Bobby Joe Sales__  
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| x Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with (brief description of offense)

Felon in Possession of a Gun (2 cts)  
Felon in Possession of a Gun and addicted to a controlled substance (1ct)

in violation of Title __18__ United States Code, Section(s) __922(g)(1) & 922(g)(3)__

DEBRA P. HACKETT  
Name of Issuing Officer

CLERK  
Title of Issuing Officer - CLERK

BY: [signature]  
Signature of Issuing Officer

7/12/06 - Montgomery, AL  
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |