IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:06-cr-172-WHA |
| | ) |
| BOBBY JOE SALES | ) |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE DELORES R. BOYD, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Bobby Joe Sales now in custody of Pike County Jail, Troy, Alabama, and that said cause is set for arraignment at Montgomery, Alabama, in this Honorable Court on August 30, 2006, at 10:00 a.m.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Pike County Jail, Troy, Alabama, commanding them to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on August 30, 2006, at 10:00 a.m.

Respectfully submitted this the 25th of July, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
susan.redmond@usdoj.gov