| COURTROOM DEPUTY MINUTES | DATE: AUGUST 30, 2006 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 11:59 - 12:07 |

- ✓ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- ✓ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **CHARLES S. COODY**     DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:06-CR-172-WHA-DRB**     DEFT. NAME: **BOBBY JOE SALES**

USA: **A. CLARK MORRIS**     ATTY: **LELSIE SMITH**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO;

USPTSO/USPO: _____

Defendant _____ does  ✓ does NOT need an interpreter; NAME: _____

| | | |
|---|---|---|
| ☐ Kars. | Date of Arrest _____ or | ☐ Rule 5 Arrest |
| ✓ Kia. | Deft. First Appearance. Advised of rights/charges. | ☐ Pro/Sup Rel Violator |
| ✓ Finaff. | Financial Affidavit executed  ☐ to be obtained by PTS;  ☐ **ORAL** Motion for Appt. Of Counsel. | |
| ✓ koappted | **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.** | |
| ☐ 20appt. | Panel Attorney Appointed;  ✓ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel.  Has retained _____ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion; | |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| ☐ | **DETENTION HRG**  ☐ held; ☐ Set for_____;  ☐ **Prelim. Hrg** ☐ Set for_____ | |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐ kocondrls. | Release order entered.  ☐ Deft. advised of conditions of release. | |
| ☐ kbnd. | ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR) | |
| | ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered | |
| ✓ Loc.(LC) | Bond **NOT** executed.  Deft to remain in Marshal's custody | |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐ krmvhrg. | Identity/Removal Hearing  ☐ set for _____;  ☐ **WAIVER** of Rule 5 & 5.1 Hearings | |
| ☐ kwvprl. | Waiver of   Preliminary hearing; | |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. | |
| ✓ Karr. | ARRAIGNMENT SET FOR:_____  ✓ **HELD**. Plea of **NOT GUILTY** entered. | |
| | ✓ **Trial Term**   **10/24/06**   ;  ☐ **PRETRIAL CONFERENCE DATE:** _____ | |
| | ✓ **DISCOVERY DISCLOSURES DATE:**   **8/30/06** | |
| ☐ Krmknn. | **NOTICE** to retained Criminal Defense Attorney handed to Counsel | |
| ☐ Kwvspt | **Waiver of Speedy Trial Act Rights Executed.** | |