IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

☒ Northern ☐ Southern ☐ Eastern

HON. Delores R. Boyd        AT Montgomery, Alabama
DATE COMMENCED 9-25-2006    @ 11:09    ☒ a.m. ☐ p.m
DATE COMPLETED 9-25-2006    @ 11:10    ☒ a.m. ☐ p.m

CASE NO. 2:06CR172-WHA

UNITED STATES OF AMERICA            VS.            BOBBY JOE SALES
Plaintiff(s)                                        Defendant(s)

APPEARANCES

Plaintiff(s)/Government                  Defendant(s)
Susan Redmond                            Christine Freeman

COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.              Crt Rptr: _____
Law Clerk: _____                        Interpreter: _____
USPO/USPTS: _____                       Other: _____

PROCEEDINGS:

☐ Motion Hearing: _____
☐ Status Conference      ☐ Oral Argument        ☐ Evidentiary Hrg.
☐ Revocation             ☐ Scheduling Conf.     ☐ Show Cause
☐ Settlement Conference  ☐ Telephone Conf.      ☐ Sentencing
☐ Non-Jury Trial         ☐ Revocation/Prtrl/SupvRel/Prob
☒ Other _____

Pretrial Conference

Pending Motions: None
Discovery Status: Complete    Plea Status: _____
Trial Status/Length: N/Cont   Trial Term: 10-24-06