IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-CR-172-WHA |
| | ) | |
| BOBBY JOE SALES | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**COMES NOW** the Defendant, Bobby Joe Sales ("Mr. Sales"), by undersigned counsel, Christine A. Freeman, and respectfully requests pursuant to 18 U.S.C. § 3161(h)(8)(A) that this Court continue this matter from October 24, 2006 trial docket to the January 2007 trial docket.

In support of this motion, the Defendant would show that such continuance will serve the ends of justice, in that failure to grant a continuance would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(B)(iv).

In further support of this motion, the Defendant would show the following:

1. This indictment alleges multiple charges of violations of 18 U.S.C § 922(g)(1) and § 922(g)(3), and alleges that these offenses arose out of crimes of violence committed on two separate occasions, approximately one year apart. If one or more convictions result, a substantial statutory mandatory minimum penalty may apply to these offenses.

2. As a result of the nature of the allegations, defense counsel requires additional time to review voluminous discovery.

3. The attorney for the government in this case, Susan Redmond, Esq., does not oppose this motion.

4. Defense counsel anticipates that a Speedy Trial Waiver will be filed with the Court

this week.

**WHEREFORE**, the defendant respectfully prays that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Bobby Sales
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Robert Reynolds
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org