IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:06cr172-WHA |
| BOBBY JOE SALES ) | |

## **ORDER**

This case is before the court on the Unopposed Motion to Continue Trial (Doc. #14), filed by the Defendant on October 3, 2006. The Defendant has filed a Waiver of Right to Speedy Trial, and the United States does not oppose the motion.

The court finds, for the reason that additional time is needed for counsel to adequately investigate and prepare this case for trial, the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Accordingly, it is hereby ORDERED as follows:

1. The motion is GRANTED, and trial of this case is CONTINUED from the term commencing October 24, 2006, to the term of court commencing January 8, 2007.

2. The Magistrate Judge is DIRECTED to schedule another pretrial hearing in advance of the new trial date, and to order extensions of any deadlines which might be appropriate to be extended.

DONE this 3rd day of October, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE