IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 2:06-CR-00172-WHA |
| | ) | |
| BOBBY JOE SALES | ) | |

## ORDER

Pursuant to the *Order* granting the unopposed motion to continue this case for trial from the October 24, 2006 term and setting it on the term commencing January 8, 2007 (Doc. 16, Oct. 3, 2006), it is

**ORDERED** that a supplemental pretrial conference is set at **11:00 a.m.** on **November 13, 2006,** in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, AL 36104.

Based on the initial pretrial conference on September 25, 2006, the parties have had sufficient time for the filing of pretrial motions, and they should be prepared at this supplemental conference to state with reasonable certainty their intent to proceed to trial or to consummate a plea agreement. It is further

**ORDERED** that any requested voir dire questions and jury instructions be filed no later than one week before jury selection.

DONE this 10th day of October, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE