# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

☑ Northern   ☐ Southern   ☐ Eastern

| | |
|---|---|
| HON. Delores Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 11-13-2006 | @ 10:57  ☑ a.m. ☐ p.m |
| DATE COMPLETED 11-13-2006 | @ 11:02  ☑ a.m. ☐ p.m |

**CASE NO.** 2:06CR172-WHA

UNITED STATES OF AMERICA      vs.      BOBBY JOE SALES
*Plaintiff(s)*                                 *Defendant(s)*

## APPEARANCES

**Plaintiff(s)/Government**: Redmond

**Defendant(s)**: Freeman

### COURT OFFICIALS PRESENT:

- Ctrm Clerk: S. Q. Long, Jr.
- Crt Rptr: _____
- Law Clerk: _____
- Interpreter: _____
- USPO/USPTS: _____
- Other: _____

### PROCEEDINGS:

- ☐ Motion Hearing: _____
- ☐ Status Conference
- ☐ Oral Argument
- ☐ Evidentiary Hrg.
- ☐ Revocation
- ☐ Scheduling Conf.
- ☐ Show Cause
- ☐ Settlement Conference
- ☐ Telephone Conf.
- ☐ Sentencing
- ☐ Non-Jury Trial
- ☐ Revocation/Prtrl/SupvRel/Prob
- ☐ Other _____

☑ **Pretrial Conference**
- Pending Motions: None
- Discovery Status: Complete
- Plea Status: Prob
- Trial Status/Length: 1 day
- Trial Term: _____