IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-CR-172-WHA** |
| | ) | |
| **BOBBY JOE SALES** | ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, Bobby Joe Sales ("Mr. Sales"), by undersigned counsel, Christine A. Freeman, and respectfully requests pursuant to 18 U.S.C. § 3161(h)(8)(A) that this Court continue this matter from January 8, 2007 trial docket.

In further support of this motion, the Defendant would show the following:

1. The undersigned counsel and government are in the process of scheduling a proffer in this case, and both parties agree that a trial will not be necessary.

2. The attorney for the government in this case, Susan Redmond, Esq., does not oppose this motion.

**WHEREFORE**, the defendant respectfully prays that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Bobby Sales
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

          **s/Christine A. Freeman**
          **CHRISTINE A. FREEMAN**
          **TN BAR NO.: 11892**
          Attorney for Bobby Joe Sales
          Federal Defenders
          Middle District of Alabama
          201 Monroe Street, Suite 407
          Montgomery, AL 36104
          TEL:   (334) 834-2099
          FAX:   (334) 834-0353
          E-Mail: Christine_Freeman@fd.org