IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:06cr172-WHA |
| BOBBY JOE SALES ) | |

## **ORDER**

This case is before the court on the Unopposed Motion to Continue Trial (Doc. #20), filed by the Defendant on December 15, 2006.

For the reason that the Defendant and the Government are in need of additional time to complete a plea agreement, with both sides agreeing that no trial will be necessary, the court finds the ends of justice to be served by granting the continuance outweigh the rights of the Defendant and the public to a speedy trial. Accordingly, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term of court commencing January 8, 2007, to the term of court commencing February 5, 2007.

DONE this 18th day of December, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE