COURTROOM DEPUTY MINUTES             DATE: DECEMBER 15, 2006

MIDDLE DISTRICT OF ALABAMA           DIGITAL RECORDED: 1:27 – 1:28

---

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY       **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR172-WHA-CSC       **DEFENDANT NAME:** BOBBY JOE SALES

### APPEARANCES

GOVERNMENT                                   DEFENDANT COUNSEL
ATTY. SUSAN REDMOND                          ATTY. CHRISTINE FREEMAN

---

✓ **DISCOVERY STATUS:** Complete.

✓ **PENDING MOTION STATUS:** None.

☑ **PLEA STATUS:** possible plea.

☑ **TRIAL STATUS:** Deft will request for a continuance of trial.

☐ **REMARKS:**