IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:06cr172-WHA |
| BOBBY JOE SALES ) | |

### ORDER

Upon consideration of the Unopposed Motion to Continue Trial (Doc. #23), filed by the Defendant on January 25, 2007, and the Government not opposing the motion, the court finds that, for the reason that additional time is needed to complete a plea agreement, the ends of justice to be served by granting the continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term of court commencing February 5, 2007, to the term of court commencing March 12, 2007.

DONE this 29th day of January, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE