IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-172-WHA |
| | ) | |
| BOBBY JOE SALES | ) | |

**ORDER**

Upon consideration of the government's motion for release of prisoner (doc. # 27) filed on February 13, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. It is further

ORDERED that the United States Marshals Service release custody of Bobby Joe Sales, to ATF agent Jennifer Rudden on February 14, 2007, through June 14, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that ATF agent Jennifer Rudden return said prisoner into the custody of the United States Marshals Service when she has finished with him.

Done this 14th day of February, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE