COURTROOM DEPUTY MINUTES  DATE: March 8, 2007  FTR RECORDING: 9:57-10:12
MIDDLE DISTRICT OF ALABAMA     COURT REPORTER: MITCHELL REISNER

☐ ARRAIGNMENT    √ CHANGE OF PLEA    ☐ CONSENT PLEA
☐ RULE 44(c) HEARING    ☐ SENTENCING

PRESIDING MAG. JUDGE: CHARLES S. COODY    DEPUTY CLERK: WANDA STINSON
CASE NUMBER: 2:06-CR-172-WHA-CSC    DEFENDANT NAME: BOBBY JOE SALES
AUSA: ~~SUSAN REDMOND~~ Christopher Snyder    DEFENDANT ATTY: CHRISTINE FREEMAN
Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (√) CDO
USPTS/USPO: _____

Defendant ____ does √ does NOT need and interpreter. Name: _____

☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)
☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.
☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **FELONY INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**  ☐ Not Guilty  ☐ Nol Contendere  ☐ Not Guilty by reason of insanity
√ Guilty as to: √ Count(s) 1 + 2 of the **Indictment**
√ Count(s) 3    ☐ dismissed on oral motion of USA;
√ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
☐ No Plea Agreement entered  √ Written plea agreement filed. ☐ **ORDERED SEALED.**
√ **ORAL ORDER** Adjudicating defendant guilty.
☐ **ORDER:** Defendant Continued  ☐ same Conditions/Bond imposed by Mag. Judge;
☐ Released on Bond & Conditions of Release for:
☐ Trial on ____; ☐ Sentencing on ____; ☐ to be set by Separate Order
√ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
☐ Trial on ____; or √ Sentencing on ____ √ Set by separate Order.