```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION

UNITED STATES OF AMERICA     )
                             )
         v.                  )   CR. NO. 2:06cr172-WHA
                             )
BOBBY JOE SALES              )
```

### UNITED STATES OF AMERICA'S MOTION
### FOR A PRELIMINARY ORDER OF FORFEITURE

The United States of America (United States), by its undersigned counsel, requests this Honorable Court to enter the attached Preliminary Order of Forfeiture and make entry of said Order part of its oral pronouncement of sentence. The United States further requests that entry of this Order be noted on the written Judgment in a Criminal Case.

Defense counsel does not oppose entry of a Preliminary Order of Forfeiture.

Respectfully submitted this 14th day of March, 2007.

```
                    FOR THE UNITED STATES ATTORNEY
                         LEURA G. CANARY


                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
                    Bar Number: 7068-II58J
                    Office of the United States Attorney
                    Middle District of Alabama
                    One Court Square, Suite 201
                    Montgomery, Alabama 36104
                    Telephone:(334) 223-7280
                    Facsimile:(334) 223-7560
```

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 14, 2007, I electronically filed the foregoing Motion and Proposed Preliminary Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christine A. Freeman and Susan R. Redmond.

                        Respectfully submitted,


                        /s/John T. Harmon
                        John T. Harmon
                        Assistant United States Attorney