IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 2:06Cr172-WHA |
| | ) | |
| BOBBY JOE SALES, | ) | |

## **ORDER**

Upon consideration of the Motion to be Considered in Federal Custody (Doc. #38), filed on April 4, 2007, it is

ORDERED that the United States shall show cause, if any there be, **on or before 12:00 noon on May 18**, **2007** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 15th day of May, 2007.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE