W A R R A N T     COPY

| STATE OF ALABAMA | PIKE COUNTY | DISTRICT COURT |

AGENCY NUMBER:                    WARRANT NUMBER: WR 2006 000304.00
                                  OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST    BOBBY JOE SALES    AND BRING
HIM/HER BEFORE THE DISTRICT COURT OF PIKE COUNTY TO ANSWER THE STATE
ON A CHARGE(S) OF:
          ROBBERY 1ST    CLASS: A   TYPE: F   COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN   THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 18 DAY OF MAY, 2006.

BOND SET AT: (1)    $100,000.00   BOND TYPE:
             (2) _____
             (3) _____

*[signature]*
JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT
  Magistrate

CHARGES: ROBBERY 1ST         13A-008-041              F  FELONY

NAME: BOBBY JOE SALES                ALIAS:
ADDRESS: 150 PIKE ST                 ALIAS:
ADDRESS: APT 206
CITY: TROY           STATE: AL     ZIP: 36081 0000
                                   PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 07/06/1960    RACE: B    SEX: M    HAIR: BLK
EYE: BRO   HEIGHT: 6'00"   WEIGHT: 155
SID: 000000000   SSN: 419946926   DL NUM:

E X E C U T I O N

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

    ( )   PLACING DEFENDANT IN THE PIKE COUNTY JAIL

    ( )   RELEASING DEFENDANT ON APPEARANCE BOND


THIS _____ DAY OF _____


                        SHERIFF

                        BY

COMPLAINANT: ALBERT KERRY
             APT C15
             WOODDALE APTS
             TROY  AL  36081

OPERATOR: BRP       DATE: 05/18/2006