U.S. Department of Justice  
United States Marshals Service  
One Church Street, Suite A-100  
Montgomery, AL 36104

Phone (334) 223-7728  
Fax (334) 223-7726



# DETAINER
## AGAINST UNSENTENCED PRISONER

RECEIVED 2006 JUL 26 A 10: 42  
UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA

UNITED STATES MARSHAL  
MIDDLE DISTRICT OF ALABAMA

TO: Pike County Jail  
120 Church Street  
Troy, AL 36081  
(334) 566-4347 Fax:(334) 807-0555

DATE: July 13, 2006  
SUBJECT: SALES, Bobby Joe  
AKA: None Known   B/M  
DOB/SSN: 07/06/1960 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  
USMS #: 12024-002  
CR #: 06-172-WHA

Please accept this Detainer against the above-named subject who is an unsentenced prisoner currently in your custody. The United States District Court for the *Middle District of Alabama* has issued an **arrest warrant(s)** charging the subject with the commission of the following offense(s): FELON IN POSSESSION OF A GUN and FELON IN POSSESSION OF A GUN AND ADDICTED TO A CONTROLLED SUBSTANCE.

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do **NOT** apply to this Detainer because the subject is not currently serving a sentence of imprisonment at the time the Detainer is lodged.

**IF THE SUBJECT IS SENTENCED WHILE THIS DETAINER IS IN EFFECT, PLEASE NOTIFY THIS OFFICE AT ONCE.**

Please acknowledge receipt of this Detainer. In addition, please provide one copy of the Detainer to the subject and return one copy of the Detainer to this office in the enclosed self-addressed envelope.

Very truly yours,

Jesse Seroyer, Jr.  
United States Marshal

By: Debi Brewer  
Criminal Program Specialist

**RECEIPT**  
Date: 7-13-06  
Signed: P. Barbaree  
By:  
Title: Office Adm

USM-16a  
Est. 11/98

PRIOR EDITIONS ARE OBSOLETE AND NOT TO BE USED