01/29/2007  00:56    3348070555                PIKE SHERIFF DEPT                   PAGE  05/05

ACR375                ALABAMA JUDICIAL DATA CENTER
                      GRAND JURY OF  PIKE  COUNTY
                         WARRANT OF ARREST                    GJ 2006 000270.00
                                                              TERM #:

TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF ALABAMA:

AN INDICTMENT HAS BEEN RETURNED BY THE GRAND JURY OF PIKE COUNTY

AGAINST    SALES BOBBY JOE
           150 PIKE ST
           APT 206
           TROY            AL 36081-0000

CHARGING THE OFFENSE OF:

    ROBBERY 1ST          13A-008-041          CNTS:  1

YOU ARE THEREFORE ORDERED TO ARREST THE PERSON NAMED ABOVE AND BRING THAT
PERSON BEFORE A JUDGE OR MAGISTRATE OF THIS COURT TO ANSWER THE CHARGES
AGAINST THAT PERSON AND HAVE WITH YOU THEN AND THERE THE WARRANT OF ARREST
WITH YOUR RETURN THEREON.  IF A JUDGE OR MAGISTRATE OF THIS COURT IS
UNAVAILABLE, OR IF THE ARREST IS MADE IN ANOTHER COUNTY, YOU SHALL TAKE
THE ACCUSED PERSON BEFORE THE NEAREST OR MOST ACCESSIBLE JUDGE OF
MAGISTRATE IN THE COUNTY OF ARREST.

BOND SET AT:     $100,000.00
DATE ISSUED: 10/25/2006    BRENDA M. PEACOCK      BY /s/ Brenda M. Peacock
                           CLERK

EXECUTED THIS _____ DAY OF _____, _____ BY
ARRESTING THE WITHIN NAMED DEFENDANT _____

ORIGINAL                           LAW ENFORCEMENT OFFICER
                                   BY: _____

DEFENDANT'S FEATURES:

HT: 6'00"   HAIR: BLK    DOB: 07/06/1960
WT: 155   SEX: M   EYE: BRO   RACE: B
SSN: 419946926

ADDTL COMMENTS: _____
_____
_____

10/25/2006 JOP