```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF ALABAMA
                        NORTHERN DIVISION

UNITED STATES OF AMERICA       )
                               )
          v.                   )    CR. NO. 2:06cr172-WHA
                               )
BOBBY JOE SALES                )
```

MOTION TO AMEND PRELIMINARY ORDER OF FORFEITURE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby states as follows:

1.   This Honorable Court entered a Preliminary Order of Forfeiture in this case on May 21, 2007, which directed forfeiture of the following firearms:

> One Rossi, Model M68, .38 caliber revolver, serial number D968735;
>
> One Colt, rimless, smokeless, .32 caliber handgun, serial number 125765; and,
>
> One Hi-Point, Model JHP, .45 caliber handgun, serial number X4404412.

2.   The Colt handgun was improperly included in the forfeiture allegation of the indictment and in the Preliminary Order of Forfeiture.

3.   Based upon the motion to amend, the United States moves the Court to amend the Preliminary Order of Forfeiture to reflect the following firearms to be forfeited to the United States:

> One Rossi, Model M68, .38 caliber revolver, serial number D968735;

       One Hi-Point, Model JHP, .45 caliber handgun, serial number X4404412.

4.   A proposed order is attached.

Respectfully submitted this 11th day of June, 2007.

                            FOR THE UNITED STATES ATTORNEY
                                LEURA G. CANARY

                            /s/John T. Harmon
                            John T. Harmon
                            Assistant United States Attorney
                            Bar Number: 7068-II58J
                            Office of the United States Attorney
                            Middle District of Alabama
                            One Court Square, Suite 201 (36104)
                            Post Office Box 197
                            Montgomery, Alabama 36101-0197
                            Telephone:(334) 223-7280
                            Facsimile:(334) 223-7560

                          CERTIFICATE OF SERVICE

    I hereby certify that on June 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                            Respectfully submitted,

                            /s/John T. Harmon
                            John T. Harmon
                            Assistant United States Attorney