IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:06cr172-WHA |
| ) | |
| BOBBY JOE SALES  ) | |

### MOTION TO AMEND PRELIMINARY ORDER OF FORFEITURE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby states as follows:

1. This Honorable Court entered a Preliminary Order of Forfeiture in this case on May 21, 2007, which directed forfeiture of the following firearms:

> One Rossi, Model M68, .38 caliber revolver,
> serial number D968735;
>
> One Colt, rimless, smokeless, .32 caliber handgun,
> serial number 125765; and,
>
> One Hi-Point, Model JHP, .45 caliber handgun,
> serial number X4404412.

2. The Colt handgun was improperly included in the forfeiture allegation of the indictment and in the Preliminary Order of Forfeiture.

3. Based upon the motion to amend, the United States moves the Court to amend the Preliminary Order of Forfeiture to reflect the following firearms to be forfeited to the United States:

> One Rossi, Model M68, .38 caliber revolver,
> serial number D968735;

**MOTION GRANTED**

SO ORDERED
THIS 13th DAY OF June, 2007

_____
UNITED STATES DISTRICT JUDGE