IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr172-WHA |
| | ) | |
| BOBBY JOE SALES | ) | |

### UNITED STATES OF AMERICA'S MOTION FOR A FINAL ORDER OF FORFEITURE

The United States of America (United States), by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

That on June 11, 2007, this Court entered an Amended Preliminary Order of Forfeiture ordering defendant Bobby Joe Sales to forfeit his interest in one Rossi, Model M68, .38 caliber revolver, serial number D968735; and One Hi-Point, Model JHP, .45 caliber handgun, serial number X4404412.

That notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property was published in the <u>Montgomery Independent</u> newspaper on June 14, 21 & 28, 2007; and,

That no petitions of interest were filed within that thirty-day period. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture as proposed in the attached Order.

Respectfully submitted this 30th day of July, 2007.

                    FOR THE UNITED STATES ATTORNEY
                         LEURA G. CANARY

/s/John T. Harmon  
John T. Harmon  
Assistant United States Attorney  
Bar Number: 7068-II58J  
Office of the United States Attorney  
Middle District of Alabama  
131 Clayton Street  
Post Office Box 197  
Montgomery, Alabama 36101-0197  
Telephone:(334) 223-7280  
Facsimile:(334) 223-7560  
E-mail: John.Harmon@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on July 30, 2007, I electronically filed the foregoing Motion for Final Order of Forfeiture and Proposed Final Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    /s/John T. Harmon
John T. Harmon
Assistant United States Attorney