```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF ALABAMA
                 NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr172-WHA |
| | ) | |
| BOBBY JOE SALES | ) | |

### FINAL ORDER OF FORFEITURE

WHEREAS, on June 11, 2007, this Court entered a Preliminary Order of Forfeiture, ordering defendant Bobby Joe Sales to forfeit his interest in one Rossi, Model M68, .38 caliber revolver, serial number D968735; and One Hi-Point, Model JHP, .45 caliber handgun, serial number X4404412.

The United States published notice of this forfeiture in the Montgomery Independent newspaper in accordance with the law and as specified in the Preliminary Order, and further notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

No timely petition has been filed; and,

The Court finds that defendant Bobby Joe Sales had an interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c). The United States has established the requisite nexus between such property in the commission of the violation of Title 18, United States Code, Section 922(g)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The following property is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

    a) One Rossi, Model M68, .38 caliber revolver, serial number D968735; and,

    b) One Hi-Point, Model JHP, .45 caliber handgun, serial number X4404412.

2. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the 7th day of August, 2007.

    /s/ W. Harold Albritton
    UNITED STATES DISTRICT JUDGE