IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:06cr172-WHA-01 |
| BOBBY JOE SALES ) | |

## **ORDER**

This case is before the court on the Defendant's Motion for Order of Custody Change (Doc. #52). By this motion, the Defendant asks the court to order him placed in federal custody to begin his federal term and to grant him credit against his federal term for the time he has spent in state custody.

Upon consideration of the motion and a review of the entire file, the court finds that this is a matter which must be addressed by the state court, and not by this court.

The Defendant has never yet been placed in federal custody. At the time he was brought before this court to be sentenced, he was in state custody on a related charge. He was brought before this court from state custody on a writ. At the time he was sentenced in this court, his state court case had not been concluded. This court sentenced the Defendant to 192 months on May 25, 2007, with the sentences on both counts in this federal case to run concurrently with each other, but with no provision for this sentence to run concurrent with any state sentence, since no state sentence had been entered. The sentence entered by this court was in compliance with a plea agreement, which the court noted was 43 months below the maximum to which the Defendant could have been sentenced, and to which the Defendant would have been sentenced by this court had it not been for the plea agreement. The Defendant was then returned to the

state's physical custody, although he had been in the state's legal custody, and only here through a writ, for the entire time.

The Defendant has furnished the court with a copy of a settlement agreement filed in the Circuit Court of Pike County, Alabama, on November 6, 2007, in which the court sentenced the Defendant to 20 years "concurrent with Fed. time." The records show, however, that the State of Alabama has never released the Defendant to federal custody. The Defendant's federal sentence does not begin to run until the state does so. At such time as the state releases the Defendant to federal custody to begin serving his federal sentence, he will be placed in a federal facility by the Bureau of Prisons and will begin to receive credit against his federal sentence, as well as his state sentence. Therefore, it is hereby

ORDERED that the Motion for Order of Custody Change is DENIED by this court. The Defendant should direct any such request to the state court in which he was sentenced, if he is unable to bring about a change of custody through Alabama Department of Corrections' channels.

DONE this 3rd day of June, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE